# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145312

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                            SC: 145312
                                            COA: 302856
                                            Muskegon CC: 10-059344-FC

JUAN LUIS REYNA,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



t0827

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                                  _____
                                                       Clerk